IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 12-cv-02800-REB-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: January 16, 2013** | Courtroom Deputy: Robin Mason |

*Parties:*                                                     *Counsel:*

LORI SCHANDEL, *et al*.,                           David Loren Tuttle

    Plaintiffs,

v.

QWEST PENSION PLAN,                             Elizabeth I. Kiovsky

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:     9:59 a.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the defendant's MOTION to Dismiss or to Stay Pursuant to Rule 12()b(7) (Docket No.11, filed on 12/12/2012), the plaintiff's RESPONSE to #11 MOTION to Dismiss or to Stay Pursuant to Rule 12()b(7) (Docket No.14, filed on 1/2/2013), and the defendant's REPLY to Response to #11 MOTION to Dismiss or to Stay Pursuant to Rule 12()b(7) (Docket No. 15, filed on 1/11/2013).

Discussion between the court and the parties regarding Rule 19 and Rule 19(a)(1).

The court advises the parties that it does not believe that this case should be dismissed.  The court further advises the parties that it does believes that Mrs. Siebert should be joined as a defendant in this case.

For reasons as stated on the record,

**ORDERED:**  The court **GRANTS** the defendant's MOTION to Dismiss or to Stay Pursuant to

        Rule 12()b(7) (Docket No.11, filed on 12/12/2012).  Counsel for the plaintiff shall file an amended complaint, with Mrs. Siebert added, and have that amended complaint served on Mrs. Siebert all within 30 days of today's date.

HEARING CONCLUDED.

**Court in recess:**    **10:09 a.m.**
Total time in court:    00:10

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.