IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02800-REB-CBS

ROGER SCHANDEL and
LORI SCHANDEL,

      Plaintiffs,

v.

DARLENE A. SIEBERT, and
QWEST PENSION PLAN,

      Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Judgment is hereby entered.

Pursuant to the **Order Affirming Decision of Plan** [#57] entered by Judge Robert E. Blackburn on March 30, 2016, it is

ORDERED that the decision of the Qwest Pension Plan, now known as the CenturyLink Pension Plan, shown in the record of this case at [#37], AR 00168-00177, is affirmed; it is

FURTHER ORDERED that the requests by the parties for an award of attorney fees are denied; it is

FURTHER ORDERED that, claims for attorney fees aside, judgment shall enter in favor of the defendants, Darlene A. Siebert and the Qwest Pension Plan, and against the plaintiffs, Roger Schandel and Lori Schandel, on all claims asserted in **Plaintiffs' Brief In Support of Claim for Benefits** [#30]; it is

FURTHER ORDERED that the defendants are awarded their costs to be taxed by the clerk of the court in the time and manner provided in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 30th day of March, 2016.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/ Kathleen Finney
     Kathleen Finney
     Deputy Clerk